UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **ROGER MALLICOAT** | * | **CIVIL ACTION NO.** _____ |
| | * | |
| **VERSUS** | * | **SECTION "\_\_"** \_\_\_\_ |
| | * | |
| | * | **JUDGE** _____ |
| **ARCHER DANIELS-MIDLAND** | * | |
| **COMPANY and AMERICAN RIVER** | * | |
| **TRANSPORTATION CO.** | * | **MAGISTRATE** _____ |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### COMPLAINT FOR DAMAGES UNDER THE JONES ACT, ETC.

**TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA AND THE JUDGES THEREOF:**

The Complaint of Roger Mallicoat, a person of majority age, with respect represents:

1.

Made Defendants herein are ARCHER DANIELS-MIDLAND COMPANY, a Delaware corporation qualified to do and doing business in the State and judicial district at all times and AMERICAN RIVER TRANSPORTATION CO., a Delaware corporation qualified to do and doing business in the State and jurisdictional district at all times.

2.

On or about November 26, 2010, Defendant, ARCHER-DANIELS MIDLAND COMPANY, owned, operated and controlled the M/V ARDYCE RANDALL, a towing vessel in

navigation, and Defendant, AMERICAN RIVER TRANSPORTATION CO. employed Plaintiff, Roger Mallicoat, as a deckineer on said vessel, for which he earned an average annual earnings of approximately $53,431.72, plus found and fringe benefits.

3.

On or about November 26, 2010, while the M/V ARDYCE RANDALL was in navigation, Plaintiff sustained severe, painful, and disabling injuries to his shoulders and other parts of his body as a result of the negligence of Defendants, ARCHER DANIELS-MIDLAND COMPANY and AMERICAN RIVER TRANSPORTATION CO. and the unseaworthiness of the M/V ARDYCE RANDALL.  Specifically, Plaintiff was injured when the vessel upon which he was assigned was attempting make a lock to the Hastings Minesota on the Upper Mississippi River.  The pilot was negligent in that he failed to maneuver the tow in a manner to allow safe line handling.  As a result, the lock line popped out of his hand, causing Plaintiff to sustain injuries to both shoulders, among other parts of his body.

4.

By reason of the foregoing, Plaintiff has suffered past and future physical and mental pain and suffering, permanent physical scarring and disability and loss of wage earning capacity for which Plaintiff seeks and is entitled to recover from Defendant, compensatory damages in the amount of ONE MILLION AND NO/100 ($1,000,000.00) DOLLARS, plus found and fringe benefits.

5.

Plaintiff brings this cause of action against the aforesaid Defendant pursuant to the Jones Act, 46 U.S.C. §30104, et seq.

**AND FOR A SECOND CAUSE OF ACTION**

6.

Plaintiff re-avers and re-alleges each and every allegation of fact and law contained herein as if specifically re-pled herein in their entirety.

7.

As a result of the shipboard injuries described herein which manifested themselves while Plaintiff was in the service of the M/V ARDYCE RANDALL, Plaintiff has sought reasonable and necessary medical treatment, and is entitled to maintenance at a rate of $50 per day.

8.

The Defendant is aware of Plaintiff's need for medical care for the injury caused by and manifested while Plaintiff was in the service of his vessel, which treatment Plaintiff continues to need, wants and intends to undergo and has also requested that Defendant authorize and pay for his prescribed medical treatment.

9.

Despite Plaintiff's request, the Defendant has arbitrarily, capriciously and without legal cause, failed and/or refused to investigate Plaintiff's claim of entitlement to cure and to authorize pay for his necessary medical treatment and maintenance payments of $50 per day.

10.

As a result of Defendants' negligence, willful, arbitrary and capricious failure to investigate Plaintiff's cure claim, provide prescribed medical treatment for Plaintiff's injuries and pay maintenance benefits, Plaintiff's physical and mental pain and suffering have been aggravated and intensified and his recovery has been prolonged, delayed and impaired.

11.

By reason of the foregoing, Plaintiff seeks, and is entitled to recover from Defendant, all expenses associated with necessary reasonable medical care from August 10, 2010 until he reaches maximum medical cure according to his treating physician, and payment of maintenance at $50 per day during this same time period.

12.

By reason of the foregoing, Plaintiff is further entitled to recover compensatory damages for Defendant's refusal to honor its cure obligation in the amount of ONE HUNDRED FIFTY THOUSAND AND NO/100 ($150,000.00) DOLLARS.

13.

Plaintiff brings this second cause of action against the aforesaid Defendant pursuant to the general maritime law.

**WHEREFORE,** Plaintiff, ROGER MALLICOAT, prays for judgment against Defendants, ARCHER DANIELS-MIDLAND COMPANY and AMERICAN RIVER TRANSPORTATION CO.. and in his favor for compensatory damages for past and future maintenance and cure in the amount of ONE MILLION, ONE HUNDRED FIFTY AND/NO

($1,150,000.00) DOLLARS, or such greater amounts as may be appropriate under the circumstances and for all taxable costs and interest.

                              Respectfully submitted,

                              /s/ Paul M. Sterbcow
                              PAUL M. STERBCOW (#17817)
                              Lewis, Kullman, Sterbcow & Abramson
                              601 Poydras Street, Suite 2615
                              New Orleans, Louisiana  70130
                              (504) 588-1500
                              (504) 588-1514  Facsimile
                              sterbcow@lksalaw.com

OF COUNSEL
Matthew D. Shaffer, Esq.
Texas Bar #18085600
Schechter, McElwee, Shaffer, & Harris, L.L.P.
3200 Travis, 3rd Floor
Houston, Texas  77006-3636
(713) 524-3500
(713) 751-0412       Facsimile
mshaffer@smslegal.com


**PLEASE SERVE:**

**ARCHER DANIELS-MIDLAND COMPANY**
Through their registered agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

**AMERICAN RIVER TRANSPORTATION CO.**
Through their registered agent
CT Corporation System
5615 Corporate Blvd., Suite 400B
Baton Rouge, LA  70808

5