UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| ROGER MALLICOAT | * | CIVIL ACTION NO. 11-722 |
| --- | --- | --- |
| | * | |
| VERSUS | * | SECTION "C" 2 |
| | * | |
| ARCHER DANIELS-MIDLAND | * | JUDGE HELEN G. BERRIGA5 |
| COMPANY and AMERICAN RIVER | * | |
| TRANSPORTATION CO. | * | MAG. JUDGE JOSEPH C. |
| | * | WILKERSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## O R D E R

Considering the above and foregoing Plaintiff's Unopposed Motion for Rule 41(a)(1) Dismissal, be and the same is hereby Granted. Case Number 11-722 is hereby dismissed.

New Orleans, Louisiana, this __2nd__ day of _____June_____, 2011.

_____
UNITED STATES DISTRICT JUDGE